IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM TONY McCROAN,
#121157,

    Plaintiff,

v.                                                                                  4:14cv191-WS

JOSEPH A. INFANTINO, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 23, 2014.  See Doc. 7.  The magistrate judge recommends that Plaintiff's amended complaint be dismissed for failure to state a claim upon which relief may be granted.  Plaintiff has filed objections (doc. 8) to the report and recommendation.

Having considered the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.[1]

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's amended complaint and this action are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

3. The clerk shall enter judgment stating: "All claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)."

DONE AND ORDERED this   28th   day of   July  , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court takes judicial notice that an order was entered on May 20, 2014, in Plaintiff's state court case, #09-580CF, finding him not guilty by reason of insanity and committing him to the Department of Children and Families to be placed in a mental health treatment facility or program.